## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### East District of Texas

Case Number: 4:23-CV-00871

Plaintiff:
**Kathryn Sneed and Sneed Equestrian Estates, LLC**

vs.

Defendant:
**Jeffrey Gibbs, Calli Rouse, Gibbs Show Horses, Calli Rouse Show Horses, Black Bird Ranch, The Bonaparte Family Living**

For:
Charles S. North
Kearney, McWilliams & Davis, Pllc
1235 South Main, #280
Grapevine, TX 76051

Received by David Moore on the 9th day of October, 2023 at 9:15 am to be served on **Black Bird Ranch c/o Frank Bonaparte or Patricia Bonaparte, 1623 Mockingbird Lane, Southlake, TX 76092.**

I, David Moore, being duly sworn, depose and say that on the **9th day of October, 2023** at **10:50 am, I:**

served an **AUTHORIZED** individual by hand delivering a true copy of the **Summons In A Civil Action and Plaintiff's Original Complaint** to:**Patricia Bonaparte as Owner** at the address of: **1623 Mockingbird Lane, Southlake, TX 76092**, who are authorized to accept service for **Black Bird Ranch.**

I certify that I am approved by the Judicial Branch Certification Commission (JBCC) to deliver citations and other notices from any District, County or Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than eighteen years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 13th day of October, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

**David Moore**
PSC-17184  Exp-10/31/25

**Interaction Civil Process Investigations**
5773 Woodway Dr. #125
Houston, TX 77057
(832) 606-8958

Our Job Serial Number: RJG-2023000710



MARIA A PULIDO
My Notary ID # 130448746
Expires November 23, 2023

Copyright © 1992-2023 DreamBuilt Software, Inc - Process Server's Toolbox V8 2r