UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KATHRYN SNEED and SNEED, EQUESTRIAN ESTATES, LLC,<br><br>　Plaintiffs,<br><br>v.<br><br>JEFFREY GIBBS, CALLI ROUSE, GIBBS SHOW HORSES, CALLI ROUSE SHOW HORSES, BLACK BIRD RANCH, THE BONAPARTE FAMILY LIVING TRUST, FRANK BONAPARTE, PATRICIA BONAPARTE, JUSTIN SCHMIDT, and JEANNIE SCHMIDT,<br><br>　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     CIVIL ACTION NO. 4:23-cv-00871-ALM |

**ORDER ON DEFENDANT BLACK BIRD RANCH'S MOTION
TO DISMISS FOR FAILURE TO STATE A CLAIM**

      After considering Defendant Black Bird Ranch's Motion to Dismiss for Failure to State a Claim ("Motion"), and Plaintiffs Kathryn Sneed and Sneed Equestrian Estates, LLC's (collectively "Plaintiffs") response, the Court finds that the Motion should be GRANTED.

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims and causes of action asserted by Plaintiffs against Defendant Black Bird Ranch are hereby dismissed.