UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KATHRYN SNEED and SNEED, EQUESTRIAN ESTATES, LLC, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-00871-ALM |
| JEFFREY GIBBS, CALLI ROUSE, GIBBS SHOW HORSES, CALLI ROUSE SHOW HORSES, BLACK BIRD RANCH, THE BONAPARTE FAMILY LIVING TRUST, FRANK BONAPARTE, PATRICIA BONAPARTE, JUSTIN SCHMIDT, and JEANNIE SCHMIDT, | § § § § § § § § § § | |
| Defendants. | § | |

## ORDER ON DEFENDANT THE BONAPARTE FAMILY LIVING TRUST'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

After considering Defendant The Bonaparte Family Living Trust's Motion to Dismiss for Failure to State a Claim ("Motion"), and Plaintiffs Kathryn Sneed and Sneed Equestrian Estates, LLC's (collectively "Plaintiffs") response, the Court finds that the Motion should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims and causes of action asserted by Plaintiffs against Defendant The Bonaparte Family Living Trust are hereby dismissed.