UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KATHRYN SNEED AND<br>SNEED EQUESTRIAN ESTATES, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>JEFFREY GIBBS, CALLI ROUSE,<br>GIBBS SHOW HORSES, CALLI<br>ROUSE SHOW HORSES, BLACK<br>BIRD RANCH, THE BONAPARTE<br>FAMILY LIVING TRUST, FRANK<br>BONAPARTE, PATRICIA<br>BONAPARTE, JUSTIN SCHMIDT,<br>AND JEANNIE SCHMIDT<br><br>*Defendants.* | §§§§§§§§§§§§§§§§§§ | CIVIL NO. 4:23-cv-00871-ALM |

**ENTRY OF APPEARANCE OF LEAD COUNSEL FOR DEFENDANTS JEFFREY GIBBS, CALLI ROUSE, GIBBS SHOW HORSES, AND CALLI ROUSE SHOW HORSES**

PLEASE TAKE NOTICE that Brittany A. Weaver is entering an appearance as lead counsel in this case on behalf of Defendants Jeffrey Gibbs, Calli Rouse, Gibbs Show Horses and Calli Rouse Show Horses. Mrs. Weaver's contact information is as follows:

Brittany A. Weaver
Texas State Bar No. 24092577
Yale Law Group PLLC
1417 E. McKinney Street, Suite 1150
Denton, Texas 75254
Tel. (940) 891-4800 ext. 2
Email: brittany@yalelawgroup.com

Respectfully submitted,

YALE LAW GROUP PLLC
1417 E. McKinney St., Ste. 220
Denton Texas 76209
Tel. (940) 891-4800

/s/ Brittany A. Weaver
Brittany A. Weaver
Texas State Bar No. 24092577
brittany@yalelawgroup.com
Roger M. Yale
Texas State Bar No. 00789959
roger@yalelawgroup.com
Kaitlyn Phillips
Texas State Bar No. 24096655
kaitlyn@yalelawgroup.com
*Attorneys for Jeffrey Gibbs, Gibbs Show Horses, Calli Rouse, and Calli Rouse Show Horses*

## Certificate of Service

On November 22, 2023 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).

TO: Charles Sean North
Kearney, McWilliams & Davis, PLLC
1235 South Main St., Ste. 280
Grapevine, Texas 76051
Email: cnorth@kmd.law
*Attorney for Kathryn Sneed and Sneed Equestrian Estates, LLC*

James Craig Erdle
Joseph D. Zopolsky
Glast Phillips & Murray PC - Dallas
14801 Quorum Drive, Suite 500
Dallas, TX 75254
Email: jerdle@gpm-law.com
Email: jzopolsky@gpm-law.com
*Attorneys for Black Bird Ranch, The Bonaparte Family Living Trust, Frank Bonaparte, and Patricia Bonaparte*

/s/ Brittany A. Weaver
Brittany A. Weaver