UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 4:23-cv-00871-ALM

Name of party requesting extension: Gibbs Show Horses

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/01/2023

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 12/22/2023  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Brittany A. Weaver
State Bar No.: 24092577
Firm Name: Yale Law Group PLLC
Address: 1417 E. McKinney St., Ste. 220
Denton, Texas 76209

Phone: (940) 891-4800
Fax: (214) 377-6217
Email: brittany@yalelawgroup.com

A certificate of conference does not need to be filed with this unopposed application.

**Re: 23-cv-00871-ALM; Kathryn Sneed v. Gibbs, et al.**

Charles North <cnorth@kmd.law>
Mon 11/20/2023 10:38 PM
To:Kaitlyn Elizabeth Phillips <kaitlyn@yalelawgroup.com>
Cc:Brittany Weaver <brittany@yalelawgroup.com>

[EXTERNAL]

Kaitlyn,

Apologies. I am out of town with limited email access. I can be agreeable to an extension of time to file an Answer. How much time would you like?

Also, do you represent Calli Rouse, another defendant in this matter. I believe she and Mr. Gibbs are now married.

Sincerely,

On Mon, Nov 20, 2023 at 6:12 PM Kaitlyn Elizabeth Phillips <kaitlyn@yalelawgroup.com> wrote:

> Mr. North,
>
> I left a message with your office today about the above referenced matter. Mr. Gibbs just retained our office. We will be filing our notice of appearance. Would you agree to an extension on the answer deadline for Mr. Gibbs?
>
> Best,
>
> Kaitlyn Phillips
>
> Attorney, Yale Law Group PLLC
>
> kaitlyn@yalelawgroup.com
>
> 
>
> 1417 E. McKinney Street, Suite 220
>
> Denton, Texas 76209
>
> Tel. (940) 891-4800





NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message.

--

Charles S. North, J.D.
*Senior Attorney*

**Kearney, McWilliams & Davis, PLLC**
**Dallas-Fort Worth:** 1235 S. Main #280, Grapevine, TX 76051
**Houston:** 55 Waugh #150, Houston, TX 77007
**Denver:** 1625 Broadway #2950, Denver, CO 80202
**San Antonio:** 40 NE Loop 410 #431, San Antonio, TX 78216
**Wyoming:** 110 S. Gould, 2nd Floor, Sheridan, WY 82801
Office/Fax: (817) 886-7946 • Cell: (214) 240-6499

NOTICE: This Email (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, 2701-2710, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it.