UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KATHRYN SNEED and SNEED EQUESTRIAN ESTATES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>JEFFREY GIBBS, CALLI ROUSE, GIBBS SHOW HORSES, CALLI ROUSE SHOW HORSES, BLACK BIRD RANCH, THE BONAPARTE FAMILY LIVING TRUST, FRANK BONAPARTE, PATRICIA BONAPARTE, JUSTIN SCHMIDT, and JEANNIE SCHMIDT,<br><br>    Defendants. | CIVIL ACTION NO. 4:23-CV-00871-ALM |

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF CERTAIN SCHEDULING ORDER DATES

After considering Plaintiff's Motion for Extension of Certain Scheduling Order Dates (Dkt. #54), the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the Scheduling Order is amended as follows:

- **April 24, 2024**: Deadline to add parties **and** Deadline for Plaintiff to file amended pleadings.

- **May 22, 2024**: Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof.

- **June 19, 2024**: Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV 26(b) on issues for which the party does not bear the burden of proof.

IT IS SO ORDERED.

SIGNED this 6th day of March, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE