UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KATHRYN SNEED and SNEED EQUESTRIAN ESTATES, LLC, | § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § | |
| JEFFREY GIBBS, CALLI ROUSE, GIBBS SHOW HORSES, CALLI ROUSE SHOW HORSES, BLACK BIRD RANCH, THE BONAPARTE FAMILY LIVING TRUST, FRANK BONAPARTE, PATRICIA BONAPARTE, FRANK BONAPARTE IN HIS CAPACITY AS CO-TRUSTEE OF THE BONAPARTE FAMILY LIVING TRUST, PATRICIA BONAPARTE IN HER CAPACITY AS CO-TRUSTEE OF THE BONAPARTE FAMILY LIVING TRUST, JUSTIN SCHMIDT, JEANNIE SCHMIDT, HAILO INVESTMENTS, LLC, DR. CAMERON STOUDT DONNELL, AND EQUINE SPORTS MEDICINE AND REHABILITATION, | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:23-cv-00871 |
| *Defendants.* | § | |

**ORDER ON JOINT MOTION TO EXTEND CERTAIN SCHEDULING ORDER DATES**

After considering the Joint Motion for Extension of Certain Scheduling Order Dates (Dkt. #75), the Court finds that the Motion should be GRANTED as set forth herein.

It is hereby ORDERED that the Scheduling Order is amended as follows:

- **July 29, 2024**: Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof.

- **August 30, 2024**: Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV 26(b) on issues for which the party does not bear the burden of proof.

- **September 27, 2024**: Mediation must occur by this date.

- **August 15, 2024**: Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions.

- **November 24, 2024**: Discovery deadline. All discovery shall be commenced in time to be completed by this date.

**IT IS SO ORDERED.**

**SIGNED this 13th day of June, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE